UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MANDY R.,

                              Plaintiff,

                                                                           3:20-CV-601
       v.                                                                 (DJS)

KILOLO KIJAKAZI, *Acting Commissioner of
Social Security*,

                              Defendant.

**DANIEL J. STEWART**
**United States Magistrate Judge**

### ORDER

      The Complaint in this action was filed June 2, 2020.  Dkt. No. 1.  The Court ordered the matter remanded to the Social Security Administration for further proceedings.  Dkt. Nos. 18 & 19.  Plaintiff has now filed a Motion for Attorney's Fees under the Equal Access to Justice Act.  Dkt. No. 26.  The Motion seeks that the fee award be paid directly to counsel.  *Id.*  Defendant has not responded to the Motion.

      Based on the foregoing, Plaintiff is awarded fees under the Equal Access to Justice Act in the amount of $5,721.28.  It is further ordered that payment will be made directly to Plaintiff's attorney pursuant to the agreed upon assignment from Plaintiff.  *See* Dkt. No. 26-1.

Dated: May 23, 2022
         Albany, New York

                                                               Daniel J. Stewart
                                                            U.S. Magistrate Judge